UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE FEDERAL SAVINGS BANK,
                        Plaintiff,

-against-                                        15 CIVIL 3548 (AKH)

**AMENDED JUDGMENT**

ACE WATANASUPARP, RONALD RIEMER,
AND CITIZENS FINANCIAL GROUP,
                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 26, 2019, Defendant Watanasuparp's motion for a new trial on issues of liability is denied (2) Defendant Watanasuparp's motion for a new trial on the issue of damages for the breach of fiduciary duty is granted, except as to the forfeiture of $30,000 of his salary, and his motion for judgment as a matter of law is denied (3) Defendant Citizens' motion for judgment as a matter of law, and order the case dismissed against it, with the Clerk to tax costs is granted (4) An amended judgment is entered against Defendant Watanasuparp in the amount of $30,000, with interest from March 20, 2015 in the amount of $10,659.45, and with costs to be deferred until the issues between plaintiff and Watanasuparp are determined.

**Dated:** New York, New York
           February 28, 2019

                                                              **RUBY J. KRAJICK**
                                                                 **Clerk of Court**
                               **BY:**
                                                                 **Deputy Clerk**