AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| THE FEDERAL SAVINGS BANK | ) |
| | ) |
| v. | ) |
| WATANASUPARP, RIEMER, CITIZENS | ) |
| FINANCIAL GROUP | ) |

Case No.: 1:15-cv-03548-AKH

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___02/28/2019___ against ___The Federal Savings Bank___ ,
                                                                  Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . _See Receipts_ . . . . . . . . . . . . . . . . . . . . . . . | 12,642.71  ~~877.53~~ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. _54.11 (C5) USC5'OR RECEIVED IN EVIDENCE AGREE WITH OBJECTIONS_ | 0   ~~35,776.30~~ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

_DONE ON SUBMISSION, OBJECTIONS FILED_
_AGREE WITH OBJECTIONS, #3 FEE AS TO THE AMOUNTS (WHICH ARE ATTACHED)._

TOTAL   $   53,653.83
                   ~~8~~ 12,642.71

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:    /s/ John P. Barry

Name of Attorney: John P. Barry

| | | |
|---|---|---|
| For: | Citizens Financial Group | Date:   04/02/2019 |
| | *Name of Claiming Party* | |

### Taxation of Costs

Costs are taxed in the amount of   $12,642.71                    and included in the judgment.

_RUBY J. KRAJICK_          By: _____          _4/17/2019_
*Clerk of Court*                    *Deputy Clerk*                    *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

PROSKAUER ROSE LLP
John P. Barry, Esq.
11 Times Square
New York, NY 10036
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE FEDERAL SAVINGS BANK,                    :
                                             :
                        Plaintiff,           :
                                             :      Case No.:  15-CV-3548
            v.                               :
                                             :      **AFFIDAVIT OF**
ACE WATANASUPARP, RONALD                     :      **JOHN P. BARRY, ESQ.**
RIEMER, AND CITIZENS FINANCIAL               :
GROUP,                                       :
                                             :
                        Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I, **JOHN P. BARRY** hereby certify as follows:

1.      I am an attorney duly admitted to the Bar of the State of New York and this Court,

and am a Partner with Proskauer Rose LLP, Eleven Times Square, New York, New York 10036.

I submit this Affidavit in support of Defendant Citizens Financial Group's ("Citizens") Bill of

Costs against Plaintiff The Federal Savings Bank.

2.      The Complaint in this action was initially filed on May 5, 2015. (Dkt. No. 1.) On

March 31, 2017, Citizens filed a motion for summary judgment. (Dkt. No. 85). Plaintiff cross-

moved for summary judgment. (Dkt. No.  89.)  The Court denied both motions for summary

judgment. (Dkt. No. 129.)

3.      A trial was held over nine days beginning on April 30, 2018.  After several days

of deliberation, on May 11, 2018, the jury returned a verdict.  The jury (1) dismissed Defendant

Ronald Riemer; (2) found Defendant Ace Watanasuparp liable to Plaintiff in the amount of

$30,000; and (3) found Defendants Ace Watanasuparp and Citizens liable, jointly and severally, to Plaintiff in the amount of $500,000. (Dkt. No. 160.)   A judgment, pursuant to the jury's verdict, was entered accordingly. (Dkt. No. 161.)

4.       On June 8, 2018, Citizens filed a motion for judgment as a matter of law or, in the alternative for a new trial or remittitur of the damages award. (Dkt. No. 180.)

5.       On February 26, 2019, the Court granted Citizens' motion for judgment as a matter of law, dismissing it from the instant action, and instructing the Clerk of the Court to enter a judgment in accordance with its opinion. (Dkt. Nos. 194-95.)   A copy of the Amended Judgment is annexed hereto as Exhibit A.

6.       The costs set forth in the accompanying Bill of Costs are taxable pursuant to 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Southern District Local Rule 54.1.

7.       Annexed hereto as Exhibit B are copies of the invoices for each trial transcript. The trial transcripts were necessarily obtained for the defense of this action, were used by the Court in ruling on Citizens' motion for judgment as a matter of law or, in the alternative for a new trial or remittitur of the damages award, and were not obtained merely for the convenience of counsel. The following chart correctly states the costs incurred for each trial transcript:

| Trial Date | Invoice Number | Cost | Post Roeters |
|---|---|---|---|
| April 30, 2018 | 0498810-IN | $574.56 | 440.16 |
| May 1, 2018 | 0498808-IN | $805.41 | 617.01 |
| May 2, 2018 | 0498806-IN | $1,082.43 | 829.93 |
| May 3, 2018 | 0498804-IN | $1,061.91 | 813.51 |
| May 7, 2018 | 0499091-IN | $836.19 | 640.59 |
| May 8, 2018 | 0499089-IN | $230.85 | 176.85 |
| May 9, 2018 | 0499087-IN | $538.65 | 412.45 |

| Trial Date | Invoice Number | Cost |
|---|---|---|
| May 10, 2018 | 0499086-IN | $148.77 |
| May 11, 2018 | 0499344-IN | $145.44 |

*113.97*
*145.44*

**TOTAL: $5,424.21** *4,189.41*

8.     Annexed hereto as Exhibit C are copies of the invoices for each deposition transcript. The deposition transcripts were used by the Court in ruling on the cross-motions for summary judgment, used or received in evidence at trial, and/or otherwise necessarily incurred for the defense of this action and to determine the specific allegations that formed the basis for Plaintiff's claims and not taken solely for discovery. The following chart correctly states the costs incurred for each deposition transcript:

| Deponent | Date of Deposition | Invoice Number | Cost | Deponent Testified at Trial | Cited in Summary Judgment Cross-Motions |
|---|---|---|---|---|---|
| Stephen Calk | 7/15/2015 | 110424 | $737.94 | X | X |
| Mordy Husarsky | 7/16/2015 | 110798 | $951.20 | X | X |
| Tom Gamache | 7/16/2015 | 110516 | $1,575.63 | X | X |
| Ace Watanasuparp | 7/17/2015 | 110984 | $847.50 | X | X |
| Ron Riemer | 7/17/2015 | 110984 | $726.50 | X | X |
| Christian Nguyen | 8/14/2015 | 111320 | $1,257.70 | | X |
| Jason Bressler | 8/17/2015 | 111348 | $402.20 | | X |
| Dottie Herman | 8/19/2015 | 111395 | $549.05 | X | X |
| Kenneth Haber | 8/19/2015 | 111395 | $612.00 | X | X |
| Howard Lorber | 8/19/2015 | 111395 | $592.85 | X | X |
| CJ Taglivia | 9/19/2016 | 119793 | $438.00 | | |
| John Moscati | 9/19/2016 | 119793 | $352.40 | | |
| Stephen Calk | 9/23/2016 | 120356 | $659.35 | X | X |
| Mordy Husarsky | 9/26/2016 | 120123 | $422.20 | X | |
| Andrew Chojnowski | 9/26/2016 | 120123 | $273.35 | | |
| Tom Gamache | 10/5/2016 | 32127 | $540.00 | X | |

*439.80*
*439.20*
*634.60*
*805.15*
*563.40*
*1257.70*
*402.20*
*286.25*
*374.40*
*335.65*
*0*
*0*
*603.35*
*422.20*

*520.00*

| Deponent | Date of Deposition | Invoice Number | Cost | Deponent Testified at Trial | Cited in Summary Judgment Cross-Motions |
|---|---|---|---|---|---|
| Michael Belmont | 10/10/2016 | 121123 | $684.45 | | X |
| Ace Watanasuparp | 10/10/2016 | 32163 | $540.00 | X | X |
| Glenn Carter | 12/6/2016 | 109471 | $291.00 | Deposition testimony read into evidence | X |

*583.40*
*580.00*

*270.00*

**TOTAL: $12,453.32** *8,153.30*

9.     Pursuant to 28 U.S.C. § 1920(4), Fed. R. Civ. P. 54, and Southern District Local Rule 54.1, Citizens is entitled to the costs of making copies of any materials where the copies are necessarily obtained for use in the case.  These costs were necessarily incurred in order to respond to Plaintiff's discovery requests, which requested the production of electronically stored information, such as e-mails. The original version of these documents were not available.  Some of these documents were later used as exhibits at depositions or trial, and/or submitted to the Court with Citizens' dispositive motions for summary judgment and/or motion for judgment as a matter of law or, in the alternative for a new trial or remittitur of the damages award.  Citizens is entitled to recover the costs associated with the copying/conversion of the native format of the collected data to a static format, such as a Portable Document Format ("PDF"), which was done in order to respond to Plaintiff's discovery requests.  Citizens is also entitled to the costs associated with the production of the electronic copies of the documents that were responsive to Plaintiff's discovery requests.  Annexed hereto as Exhibit D are copies of the relevant invoices presenting these costs, which are also outlined in the chart below.  The invoice entries described as "ESI Processing for Native Review Per GB" represent the costs incurred for the copying/conversion. The invoice entries described as "Production – Processing for Image and/or

Native Productions Per GB" represent the costs incurred for the production of the electronic copies.

| Vendor | Date | Invoice Number | Cost |
|--------|------|----------------|------|
| D4, LLC | June 30, 2015 | 158283 | $11,747.90 |
| D4, LLC | July 31, 2015 | 159640 | $22,127.45 |
| D4, LLC | August 31, 2015 | 160730 | $49.30 |
| D4, LLC | February 29, 2016 | 169206 | $1,844.70 |
| D4, LLC | March 31, 2016 | 170763 | $2.50 |
| D4, LLC | April 30, 2016 | 172050 | $4.45 |

*54. 1 e(s) used or Received in evidence*

**TOTAL: $35,776.30** ~~0~~

10.    The costs claims here are correctly stated, have been paid in full, and were reasonably and necessarily incurred in connection with Citizens' defense of this action.

John P. Barry

Sworn to before me this
2nd of April, 2019

Notary Public   State of New Jersey
My Commission Expires 2/9/2024

5

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X



THE FEDERAL SAVINGS BANK,
                                    Plaintiff,

        -against-                                                        15 **CIVIL** 3548 (AKH)

                                                               **AMENDED JUDGMENT**

ACE WATANASUPARP, RONALD RIEMER,
AND CITIZENS FINANCIAL GROUP,
                                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 26, 2019, Defendant Watanasuparp's motion for a new

trial on issues of liability is denied (2) Defendant Watanasuparp's motion for a new trial on the

issue of damages for the breach of fiduciary duty is granted, except as to the forfeiture of

$30,000 of his salary, and his motion for judgment as a matter of law is denied (3) Defendant

Citizens' motion for judgment as a matter of law, and order the case dismissed against it, with the

Clerk to tax costs is granted (4) An amended judgment is entered against Defendant

Watanasuparp in the amount of $30,000, with interest from March 20, 2015 in the amount of

$10,659.45, and with costs to be deferred until the issues between plaintiff and Watanasuparp are

determined.

**Dated:**  New York, New York
            February 28, 2019

                                                               **RUBY J. KRAJICK**
                                                               _____
                                                               **Clerk of Court**
                                    BY:        _Kmango_
                                                               **Deputy Clerk**

# Exhibit B

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.:  0498810-IN
INVOICE DATE: 05/08/18

CUSTOMER NO.:  1003838
WORK ORDER NO.:  190716

SALESPERSON:  CS1W

Proskauer Rose LLP
One Newark Center
Newark, NJ  07102
Attention:Laura Leone

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | THE FEDERAL SAVINGS BANK V ACE WATANASUP | | | | |
|---|---|---|---|---|---|---|
| | CASE NO. | 15CV03548 | | | | |
| 4/30/2018 | Original | | 112.00 | Pages at | $3.93 | 440.16 |
| 4/30/2018 | Diskette | | 112.00 | Pages at | $1.20 | 134.40 |



PAID
CK. NO. 501949
DATE 5/8/18

| | |
|---|---|
| Net Invoice: | 574.56 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 574.56 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

$ 440.16

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0498808-IN
INVOICE DATE: 05/08/18

CUSTOMER NO.: 1003838
WORK ORDER NO.: 190717

SALESPERSON: CSIW

Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Attention:Laura Leone

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | THE FEDERAL SAVINGS BANK V ACE WATANASUP | | | | |
|----------|------------------------|--------|----------|--------|--------|
| | CASE NO. | 15CV03548 | | | |
| 5/1/2018 | Original | 157.00 | Pages at | $3.93 | 617.01 |
| 5/1/2018 | Diskette | 157.00 | Pages at | $1.20 | 188.40 |



PAID
CK. NO. 501949
DATE 5/8/18

| | |
|---|---|
| Net Invoice: | 805.41 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 805.41 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

$617.01

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0498806-IN
INVOICE DATE: 05/08/18

CUSTOMER NO.: 1003838
WORK ORDER NO.: 190718

SALESPERSON: CSIW

Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Attention: Laura Leone

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | THE FEDERAL SAVINGS BANK V ACE WATANASUP | | | | |
|----------|------|------|----------|--------|--------|
| | CASE NO. 15CV03548 | | | | |
| 5/2/2018 | Original | 211.00 | Pages at | $3.93 | 829.23 |
| 5/2/2018 | Diskette | 211.00 | Pages at | $1.20 | 253.20 |



PAID
CK. NO. 561949
DATE 5/8/18

| | |
|---|---|
| Net Invoice: | 1.082.43 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **1.082.43** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

829.23

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No, 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0498804-IN
INVOICE DATE: 05/08/18

CUSTOMER NO.: 1003838
WORK ORDER NO.: 190719

SALESPERSON: CSIW

Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Attention:Laura Leone

\*PAYMENT IS DUE UPON RECEIPT\*

| JOB DATE | | THE FEDERAL SAVINGS BANK V ACE WATANASUP | | | | |
|---|---|---|---|---|---|---|
| | CASE NO. | **15CV03548** | | | | |
| 5/3/2018 | Original | | 207.00 | Pages at | $3.93 | 813.51 |
| 5/3/2018 | Diskette | | 207.00 | Pages at | $1.20 | 248.40 |



CK. NO. _50/949_
DATE _5/8/18_

| | |
|---|---|
| Net Invoice: | 1,061.91 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,061.91 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

$813.51

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0499091-IN
INVOICE DATE: 05/15/18

CUSTOMER NO.: 1003838
WORK ORDER NO.: 190889

SALESPERSON: CSIW

Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Attention:Laura Leone

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | | |
|---|---|---|---|---|---|---|
| | THE FEDERAL SAVINGS BANK V ACE WATANASUP | | | | | |
| | CASE NO. | **15CV03548** | | | | |
| 5/7/2018 | Original | | 163.00 | Pages at | $3.93 | 640.59 |
| 5/7/2018 | Diskette | | 163.00 | Pages at | $1.20 | 195.60 |

PAID
CK. NO. 50/949
DATE 5/8/18

| | |
|---|---|
| Net Invoice: | 836.19 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 836.19 |

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC

$640.50

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| INVOICE NO.: | 0499089-IN |
| INVOICE DATE: | 05/15/18 |
| CUSTOMER NO.: | 1003838 |
| WORK ORDER NO.: | 190890 |
| SALESPERSON: | CSIW |

Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Attention: Laura Leone

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | THE FEDERAL SAVINGS BANK V ACE WATANASUP | | | | |
|---|---|---|---|---|---|
| | CASE NO. | 15CV03548 | | | |
| 5/8/2018 | Original | 45.00 | Pages at | $3.93 | 176.85 |
| 5/8/2018 | Diskette | 45.00 | Pages at | $1.20 | 54.00 |



CK. NO. 501949
DATE 5/8/18

| | |
|---|---|
| Net Invoice: | 230.85 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 230.85 |

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC

$176.85

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0499087-IN
INVOICE DATE: 05/15/18

CUSTOMER NO.: 1003838
WORK ORDER NO.: 190891

SALESPERSON: CSIW

Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Attention:Laura Leone

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | | | | | |
|---|---|---|---|---|---|
| | THE FEDERAL SAVINGS BANK V ACE WATANASUP | | | | |
| | CASE NO. | **15CV03548** | | | |
| 5/9/2018 | Original | | 105.00 | Pages at | $3.93 | 412.65 |
| 5/9/2018 | Diskette | | 105.00 | Pages at | $1.20 | 126.00 |

PAID

CK. NO. _D1949_
DATE _5/8/18_

| | |
|---|---|
| Net Invoice: | 538.65 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 538.65 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

$412.45

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

INVOICE NO.: 0499086-IN
INVOICE DATE: 05/15/18

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.: 1003838
WORK ORDER NO.: 190892

SALESPERSON: CSIW

Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Attention:Laura Leone

\*PAYMENT IS DUE UPON RECEIPT\*

| JOB DATE | THE FEDERAL SAVINGS BANK V ACE WATANASUP | | | | |
|---|---|---|---|---|---|
| | CASE NO. | **15CV03548** | | | |
| 5/10/2018 | Original | | 29.00 | Pages at | $3.93 | 113.97 |
| 5/10/2018 | Diskette | | 29.00 | Pages at | $1.20 | 34.80 |



CK. NO. 501949
DATE 5/8/18

| | |
|---|---|
| Net Invoice: | 148.77 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 148.77 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

$113.97

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0499344-IN
INVOICE DATE: 05/22/18

CUSTOMER NO.: 1003838
WORK ORDER NO.: 190925
SALESPERSON: CSIW

PAID

Proskauer Rose LLP
One Newark Center
Newark, NJ 07102
Attention: Laura Leone

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | THE FEDERAL SAVINGS BANK V ACE WATANASUP | | | |
|---|---|---|---|---|
| | CASE NO. | **15CV03548** | | |
| 5/11/2018 | Original | 24.00 Pages at | $6.06 | 145.44 |

| | |
|---|---|
| Net Invoice: | 145.44 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 145.44 |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

$145.44

# Exhibit C

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110424 | 7/23/2015 | 40045 |
| **Job Date** | **Case No.** | |
| 7/15/2015 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Ana Ng
RBS Citizens
600 Washington Blvd.
Stamford, CT 06901

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Stephen Calk | 148.00 Pages | 436.60 |
| Rough Draft/ASCII | | 185.00 |
| Exhibit Package | 32.00 Pages | 3.20 |
| Shipping & Handling (O) | | 78.00 |

*OK to pay*

TOTAL DUE >>>  **$702.80**

AFTER 8/22/2015 PAY  $737.94

Ordered By     :  John Barry, Esq.
Proskauer Rose LLP
One Newark Center
Newark, NJ 07102-5211

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Ana Ng
RBS Citizens
600 Washington Blvd.
Stamford, CT 06901

| | | |
|---|---|---|
| Invoice No. | : | 110424 |
| Invoice Date | : | 7/23/2015 |
| **Total Due** | : | **$702.80** |
| AFTER 8/22/2015 PAY $737.94 | | |

Remit To:  **David Feldman Worldwide, Inc.**
**405 Park Avenue, 16th Floor**
**New York, NY 10022**

| | | |
|---|---|---|
| Job No. | : | 40045 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110798 | 7/28/2015 | 40047 |
| **Job Date** | **Case No.** | |
| 7/16/2015 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford, CT 06901

ORIGINAL AND 1 COPY (IMMEDIATE) OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Murdy Musarsky | 146.00 Pages | 430.70 |
| Immediate Original | | 438.00 |
| Exhibit Package | 45.00 Pages | 4.50 |
| Shipping & Handling (O) | | 78.00 |
| | TOTAL DUE >>> | **$951.20** |
| | AFTER 8/27/2015 PAY | $998.76 |

*O.K. to pay*

Ordered By        :  Matthew Batastini, Esq.
                      Proskauer Rose LLP
                      One Newark Center
                      Newark, NJ 07102-5211

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

$435.20

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford, CT 06901

| | | |
|---|---|---|
| Invoice No. | : | 110798 |
| Invoice Date | : | 7/28/2015 |
| **Total Due** | : | **$951.20** |
| AFTER 8/27/2015 PAY $998.76 | | |

Remit To:    David Feldman Worldwide, Inc.
             405 Park Avenue, 16th Floor
             New York, NY 10022

| | | |
|---|---|---|
| Job No. | : | 40047 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110516 | 7/28/2015 | 40105 |
| **Job Date** | **Case No.** | |
| 7/16/2015 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford, CT 06901

COPY (IMMEDIATE) OF TRANSCRIPT OF:

Thomas Gamache

   Immediate Copy

   Exhibit Package

   Litigation Support Package

   Shipping & Handling (O)

| | | |
|---|---|---|
| 148.00 | Pages | 584.60 |
| | | 703.00 |
| 16.00 | Pages | 50.00 |
| | | 85.00 |
| | | 78.00 |

*OK to pay*

**TOTAL DUE >>>**   **$1,500.60**

AFTER 8/27/2015 PAY   $1,575.63

Ordered By    :   Matthew Batastini, Esq.
         Proskauer Rose LLP
         One International Place
         Boston, MA 02110-2600

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford, CT 06901

| | | |
|---|---|---|
| Invoice No. | : | 110516 |
| Invoice Date | : | 7/28/2015 |
| **Total Due** | : | **$1,575.63** |

*$634.60*

| | | |
|---|---|---|
| Job No. | : | 40105 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

Remit To:   **David Feldman Worldwide, Inc.**
        **405 Park Avenue, 16th Floor**
        **New York, NY 10022**

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110984 | 8/12/2015 | 40106 |
| Job Date | Cause No. | |
| 7/17/2015 | | |
| Case Name | | |

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford, CT 06901

The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer

**Payment Terms**

Net 30, Interest at 1.5% / month

---

| | | | |
|---|---|---|---|
| COPY OF TRANSCRIPT OF: | | | |
| Ace Watanasuparp | 182.00 Pages | 885.15 | 718.90 |
| Exhibit Package | 115.00 Pages | | 86.25 |
| Litigation Support Package | | | 42.50 |
| COPY OF TRANSCRIPT OF: | | | |
| Ronald Riemer | 130.00 Pages | 563.50 | 513.50 |
| Exhibit Package | 41.00 Pages | | 50.00 |
| Litigation Support Package | | | 85.00 |
| Shipping & Handling (O) | | | 78.00 |

OK to pay

| | |
|---|---|
| TOTAL DUE >>> | **$1,574.15** |
| AFTER 9/11/2015 PAY | $1,652.86 |

Location of Job   :   Proskauer Rose LLP
                       Eleven Times Square
                       New York, NY 10036-8299
Ordered By        :   Matthew Batastini, Esq.
                       Proskauer Rose LLP
                       One International Place
                       Boston, MA 02110-2600

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford, CT 06901

| | | |
|---|---|---|
| Invoice No. | : | 110984 |
| Invoice Date | : | 8/12/2015 |
| **Total Due** | : | **$1,574.15** |
| AFTER 9/11/2015 PAY $1,652.86 | | |

Remit To:   **David Feldman Worldwide, Inc.**
            **405 Park Avenue, 16th Floor**
            **New York, NY 10022**

| | | |
|---|---|---|
| Job No. | : | 40106 |
| BU ID | : | DFW CR |
| Cause No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585   Fax:646-304-1713

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110984 | 8/12/2015 | 40106 |
| **Job Date** | **Cause No.** | |
| 7/17/2015 | | |
| **Case Name** | | |

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford, CT 06901

| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | |
|---|---|
| **Payment Terms** | |
| Net 30, Interest at 1.5% / month | |

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford, CT 06901

| Invoice No. | : | 110984 |
|---|---|---|
| Invoice Date | : | 8/12/2015 |
| **Total Due** | : | **$1,574.15** |

AFTER 9/11/2015  PAY $1,652.86

Remit To:   **David Feldman Worldwide, Inc.**
            **405 Park Avenue, 16th Floor**
            **New York, NY 10022**

| Job No. | : | 40106 |
|---|---|---|
| BU ID | : | DFW CR |
| Cause No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY  10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111320 | 8/24/2015 | 40473 |
| **Job Date** | **Case No.** | |
| 8/14/2015 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

John Barry, Esq.
Proskauer Rose LLP
One Newark Center
Newark, NJ  07102-5211

COPY OF TRANSCRIPT (EXPEDITED) OF:

    Christian H. Nguyen                                                       1,257.70

        Exhibit Package                               106.00  Pages

        Litigation Support Package

        Shipping & Handling (0)

                                    TOTAL DUE >>>       **$1,257.70**

                                    AFTER 9/23/2015 PAY     $1,320.59

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

*OK to pay*

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

John Barry, Esq.
Proskauer Rose LLP
One Newark Center
Newark, NJ  07102-5211

| Invoice No. | : | 111320 |
|---|---|---|
| Invoice Date | : | 8/24/2015 |
| **Total Due** | : | **$1,257.70** |
| AFTER 9/23/2015 PAY $1,320.59 | | |

*AR 1257.70*

| Job No. | : | 40473 |
|---|---|---|
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

Remit To:   **David Feldman Worldwide, Inc.**
                 **405 Park Avenue, 16th Floor**
                 **New York, NY  10022**

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY  10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111348 | 8/31/2015 | 40466 |
| **Job Date** | **Case No.** | |
| 8/17/2015 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford, CT  06901

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Jason Bressler                                                                                    402.20

    Rough Draft/ASCII

    Exhibit Package                                           14.00  Pages

    Litigation Support Package

    Shipping & Handling (O)

*OK to pay* [signature]

**TOTAL DUE >>>**                          **$402.20**

AFTER 9/30/2015 PAY                      $422.31

Ordered By    :   Matthew Batastini, Esq.
               Proskauer Rose LLP
               One International Place
               Boston, MA 02110-2600

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford, CT  06901

| Invoice No. | : | 111348 |
|---|---|---|
| Invoice Date | : | 8/31/2015 |
| **Total Due** | **:** | **$402.20** |
| AFTER 9/30/2015 PAY  $422.31 | | |

Remit To:   **David Feldman Worldwide, Inc.**
           **405 Park Avenue, 16th Floor**
           **New York, NY  10022**

| Job No. | : | 40466 |
|---|---|---|
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY  10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111395 | 9/7/2015 | 40526 |
| **Job Date** | **Case No.** | |
| 8/19/2015 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

John Barry, Esq.
Proskauer Rose LLP
One Newark Center
Newark, NJ  07102-5211

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 COPY (EXPEDITED) OF TRANSCRIPT OF: | | | |
| Howard Lorber | 83.00 Pages | | 286.35 |
| 3 Day Original | | | 103.75 |
| Full Day Appearance | | | 45.00 |
| Rough Draft/ASCII | | | 78.85 |
| Exhibit Package | 9.00 Pages | | 0.90 |
| Shipping & Handling (O) | | | 78.00 |
| ORIGINAL AND 1 COPY (EXPEDITED) OF TRANSCRIPT OF: | | | |
| Kenneth I. Haber, Esq. | 108.00 Pages | | 372.60 |
| 3 Day Original | | | 135.00 |
| Rough Draft/ASCII | | | 102.60 |
| Exhibit Package | 18.00 Pages | | 1.80 |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | | |
| Dottie Herman | 97.00 Pages | | 334.65 |
| 3 Day Original | | | 121.25 |
| Rough Draft/ASCII | | | 92.15 |
| Exhibit Package | 10.00 Pages | | 1.00 |
| | **TOTAL DUE >>>** | | **$1,753.90** |
| | AFTER 10/7/2015 PAY | | $1,841.60 |

*(handwritten: $286.25)*
*(handwritten: $374.40)*
*(handwritten: $335.65)*

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

John Barry, Esq.
Proskauer Rose LLP
One Newark Center
Newark, NJ  07102-5211

| | | |
|---|---|---|
| Invoice No. | : | 111395 |
| Invoice Date | : | 9/7/2015 |
| **Total Due** | **:** | **$1,867.91** |

Remit To:   **David Feldman Worldwide, Inc.**
**405 Park Avenue, 16th Floor**
**New York, NY  10022**

| | | |
|---|---|---|
| Job No. | : | 40526 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111395 | 9/7/2015 | 40526 |
| **Job Date** | **Case No.** | |
| 8/19/2015 | | |

| **Case Name** |
|---|
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

| **Payment Terms** |
|---|
| Net 30, Interest at 1.5% / month |

John Barry, Esq.
Proskauer Rose LLP
One Newark Center
Newark, NJ 07102-5211

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 114.01 |
| (=) New Balance: | $1,867.91 |

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

John Barry, Esq.
Proskauer Rose LLP
One Newark Center
Newark, NJ 07102-5211

| | | |
|---|---|---|
| Invoice No. | : | 111395 |
| Invoice Date | : | 9/7/2015 |
| **Total Due** | : | **$1,867.91** |

Remit To:   **David Feldman Worldwide, Inc.**
**405 Park Avenue, 16th Floor**
**New York, NY 10022**

| | | |
|---|---|---|
| Job No. | : | 40526 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY 10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 119793 | 10/3/2016 | 46379 |
| **Job Date** | **Case No.** | |
| 9/19/2016 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT 06901

| | | |
|---|---|---|
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | 438.00 |
| CJ Taglivia | | |
| Exhibit Package | 14.00 | |
| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | 352.40 |
| John Moscati | | |
| Exhibit Package | 34.00 | |
| Shipping (CD) | | |
| | **TOTAL DUE >>>** | **$790.40** |
| | AFTER 11/2/2016 PAY | $829.92 |

18|36.017
O.K. to pay

$0
AGREE WITH OBJECTIONS

Ordered By     : John Barry, Esq.
               Proskauer Rose LLP
               One Newark Center
               Newark, NJ 07102-5211

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***

Tax ID: 13-4091601

*Please detach bottom portion and return with payment.*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT 06901

| | | |
|---|---|---|
| Invoice No. | : | 119793 |
| Invoice Date | : | 10/3/2016 |
| **Total Due** | : | **$790.40** |
| AFTER 11/2/2016  PAY | | $829.92 |

Remit To:   **AP for the benefit of David Feldman**
            **Worldwide, Inc.**
            **PO Box 823473**
            **Philadelphia PA  19182-3461**

| | | |
|---|---|---|
| Job No. | : | 46379 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY  10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 119793 | 10/3/2016 | 46379 |
| **Job Date** | **Case No.** | |
| 9/19/2016 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT  06901

Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

This account receivable has been assigned to and is owned by subject to security interest of Paychex Advance LLC and i

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT  06901

| | | |
|---|---|---|
| Invoice No. | : | 119793 |
| Invoice Date | : | 10/3/2016 |
| **Total Due** | : | **$790.40** |
| AFTER 11/2/2016 PAY $829.92 | | |

Remit To:   **AP for the benefit of David Feldman**
**Worldwide, Inc.**
**PO Box 823473**
**Philadelphia PA  19182-3461**

| | | |
|---|---|---|
| Job No. | : | 46379 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY 10123
Phone:212-705-8585  Fax:646-304-1713

*OK to pay*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120356 | 10/19/2016 | 46381 |
| **Job Date** | **Case No.** | |
| 9/23/2016 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT 06901

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Stephen Calk

    Exhibit Package

    Shipping (CD)

| | | |
|---|---|---|
| 203.00  Pages | | 598.85 |
| 45.00 | | 4.50 |
| | | 56.00 |
| **TOTAL DUE >>>** | | **$659.35** |
| AFTER 11/18/2016  PAY | | $692.32 |

Ordered By   : John Barry, Esq.
    Proskauer Rose LLP
    One Newark Center
    Newark, NJ 07102-5211

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***

Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

This account receivable has been assigned to and is owned by subject to security interest of Paychex Advance LLC and i

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

*$602.35*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT 06901

| | | |
|---|---|---|
| Invoice No. | : | 120356 |
| Invoice Date | : | 10/19/2016 |
| **Total Due** | : | **$659.35** |
| AFTER 11/18/2016  PAY $692.32 | | |

Remit To:   **AP for the benefit of David Feldman**
    **Worldwide, Inc.**
    **PO Box 823473**
    **Philadelphia PA  19182-3461**

| | | |
|---|---|---|
| Job No. | : | 46381 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY  10123
Phone:212-705-8585   Fax:646-304-1713

*OK to pay* (handwritten)

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT  06901

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120123 | 10/14/2016 | 46599 |
| **Job Date** | **Case No.** | |
| 9/26/2016 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Mordechai Husarsky                                                    33.00                    *$422.20* (handwritten)      422.20

Exhibit Package

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Andrew Chojnowski                       *AGREE WITH OBJECTION* (handwritten)      20.00  *$ 273.35* (handwritten)   273.35

Exhibit Package

Shipping (CD)

**TOTAL DUE >>>**                                  **$695.55**

AFTER 11/13/2016  PAY                        $730.33

Ordered By        :   John Barry, Esq.
                        Proskauer Rose LLP
                        One Newark Center
                        Newark, NJ 07102-5211

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT  06901

| | | |
|---|---|---|
| Invoice No. | : | 120123 |
| Invoice Date | : | 10/14/2016 |
| **Total Due** | **:** | **$695.55** |
| AFTER 11/13/2016 PAY | | $730.33 |

Remit To:   **AP for the benefit of David Feldman
            Worldwide, Inc.
            PO Box 823473
            Philadelphia PA  19182-3461**

| | | |
|---|---|---|
| Job No. | : | 46599 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY 10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120123 | 10/14/2016 | 46599 |
| **Job Date** | **Case No.** | |
| 9/26/2016 | | |

| **Case Name** | |
|---|---|
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | |
| **Payment Terms** | |
| Net 30, Interest at 1.5% / month | |

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT  06901

Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

This account receivable has been assigned to and is owned by subject to security interest of Paychex Advance LLC and I

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT  06901

| | | |
|---|---|---|
| Invoice No. | : | 120123 |
| Invoice Date | : | 10/14/2016 |
| **Total Due** | : | **$695.55** |
| AFTER 11/13/2016  PAY $730.33 | | |

Remit To:   **AP for the benefit of David Feldman**
**Worldwide, Inc.**
**PO Box 823473**
**Philadelphia PA  19182-3461**

| | | |
|---|---|---|
| Job No. | : | 46599 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

Reporters Central, LLC
363 Seventh Avenue, 21st Floor
New York, NY 10001 (212) 594-3582

LEVDAV: RC

O.K. to pay

JOHN BARRY, ESQ.
Proskauer Rose LLP
Eleven Times Square
New York, NY  10036

Invoice #: 32127 Invoice Date: 10/14/201 Job#: 2016-03050 Job Date: 10/5/2016

The Federal Savings Bank v.
ACE Watanasuparp, et al.

| Description | Units | Cost | Total |
|---|---|---|---|
| One Copy - THOMAS GAMACHE | 208 | $2.50 | $520.00 |
| United Parcel Service | 1 | $20.00 | $20.00 |
| Final ASCII+PDF+Condensed Transcript+iDepo | 1 | $0.00 | $0.00 |

AMOUNT DUE:   $540.00

$520.00

Thank you for giving us the opportunity to serve you.

BALANCE DUE 30 DAYS AFTER INVOICE DATE.   DUE DATE:  11/13/2016

TO ENSURE PROPER CREDIT TO YOUR ACCOUNT RETURN YELLOW INVOICE WITH CHECK
FEDERAL TAX I.D. NO. 13-4066056

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 121123 | 11/11/2016 | 46925 |
| **Job Date** | **Case No.** | |
| 10/10/2016 | | |

| **Case Name** |
|---|
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |
| **Payment Terms** |
| Net 30, Interest at 1.5% / month |

*18136.017*
*OK. to Pay*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT 06901

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Michael Belmont | 142.00 Pages | | 560.90 |
| Half Day Appearance | | | 45.00 |
| Exhibit Package | 41.00 | | 22.55 |
| Shipping & Handling (CD) | | | 56.00 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$684.45** |
| AFTER 12/11/2016 PAY | $718.67 |

Ordered By        :   John Barry, Esq.
                       Proskauer Rose LLP
                       1 NEWARK CTR
                       NEWARK, NJ 07102-5235

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

*$583.45*

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***

Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

Tax ID: 13-4091601

---

*Please detach bottom portion and return with payment.*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT 06901

| | | |
|---|---|---|
| Invoice No. | : | 121123 |
| Invoice Date | : | 11/11/2016 |
| **Total Due** | **:** | **$684.45** |
| AFTER 12/11/2016 PAY $718.67 | | |

| | | |
|---|---|---|
| Job No. | : | 46925 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

Remit To:   **AP for the benefit of David Feldman**
            **Worldwide, Inc.**
            **PO Box 823473**
            **Philadelphia PA 19182-3461**

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York NY 10123
Phone:212-705-8585   Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 121123 | 11/11/2016 | 46925 |
| **Job Date** | **Case No.** | |
| 10/10/2016 | | |
| **Case Name** | | |
| The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer | | |
| **Payment Terms** | | |
| Net 30, Interest at 1.5% / month | | |

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT  06901

This account receivable has been assigned to and is owned by subject to security interest of Paychex Advance LLC and i

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Neil Rosolinsky, Esq.
RBS Citizens
600 Washington Blvd.
Stamford CT  06901

| | | |
|---|---|---|
| Invoice No. | : | 121123 |
| Invoice Date | : | 11/11/2016 |
| **Total Due** | : | **$684.45** |
| AFTER 12/11/2016 PAY $718.67 | | |

Remit To:   **AP for the benefit of David Feldman**
**Worldwide, Inc.**
**PO Box 823473**
**Philadelphia PA  19182-3461**

| | | |
|---|---|---|
| Job No. | : | 46925 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | The Federal Savings Bank v. ACE WatanaSuparp, Ronald Riemer |

Reporters Central, LLC                     LEVDAV: RC
363 Seventh Avenue, 21st Floor
New York, NY 10001 (212) 594-3582

18|36.07
O.K. to pay

ALYCHIA BUCHAN, ESQ.
Proskauer Rose LLP
Eleven Times Square
New York, NY  10036

Invoice #: 32163 Invoice Date: 10/21/201Job#: 2016-03170Job Date: 10/10/2016

The Federal Savings Bank v.
Ace Watanasuparp, et al.

| Description | Units | Cost | Total |
|---|---|---|---|
| One Copy - ACE WATANASUPARP | 208 | $2.50 | $520.00 |
| United Parcel Service | 1 | $20.00 | $20.00 |
| Final ASCII+PDF+Condensed Transcript+iDepo | 1 | $0.00 | $0.00 |

AMOUNT DUE:   $540.00

Thank you for giving us the opportunity to serve you.

BALANCE DUE 30 DAYS AFTER INVOICE DATE.  DUE DATE:  11/20/2016

TO ENSURE PROPER CREDIT TO YOUR ACCOUNT RETURN YELLOW INVOICE WITH CHECK
FEDERAL TAX I.D. NO. 13-4066056

# INVOICE

Gore Brothers Reporting & Video
20 S. Charles Street, Suite 901
Baltimore MD 21201
Phone:410.837.3027  Fax:410.685.6361

*OK to pay*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109471 | 12/19/2016 | 92533 |
| **Job Date** | **Case No.** | |
| 12/6/2016 | 1:2015cv03548 | |
| **Case Name** | | |
| The Federal Savings Bank vs. ACE Watanasuparp, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John P. Barry, Esquire
Proskauer Rose, LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York NY 10036

For the Copy/Index of Transcript of:

| | | |
|---|---|---|
| Glenn Carter | 99.00 Pages | 252.45 |
| Exhibits: Scan/Copy - Black & White and/or Color | 39.00 Pages | 17.55 |
| Compressed Transcript, Linked Exhibit PDF's and Repository | | 21.00 |
| Transcript: Email only - hard copy not requested | | 0.00 |
| Signed Order Form | | 0.00 |

**TOTAL DUE >>>**  **$291.00**
AFTER 1/18/2017  PAY  $320.10

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

**Tax ID:** 52-0845831

# Exhibit D

**D4, LLC**
222 Andrews Street
Rochester, NY  14604

Voice:   585-385-4040

# INVOICE

| Invoice Number: | 158283 |
| Invoice Date: | Jun 30, 2015 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| RBS Securities, Inc.<br>600 Washington Boulevard<br>Stamford, CT  06901 | Nicole Hinds<br>600 Washington Boulevard<br>Stamford, CT  06901 |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600100 | TFSB v. Citizens et | 60-0615-564 | 7/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | June 2015 Billing Period | | |
| | TFSB v. Citizens et al. | | |
| 58.37 | Hosting - Monthly Online/Hosted Data Storage Per GB 50-250GB | 20.00 | 1,167.40 |
| 49.35 | Data Reduction Per GB (0-100GB) | 20.00 | 987.00 |
| 53.22 | ESI Processing for Native Review Per GB | 195.00 | 10,377.90 |
| 11.50 | Litigation Support Hourly | 125.00 | 1,437.50 |
| 1.75 | Hosting- 3rd Party Data Loading Per Hour | 125.00 | 218.75 |
| 5.48 | Production - Processing for Image and/or Native Productions Per GB | 250.00 | 1,370.00 |

11,747.90

| Remit To: | D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604 | Invoice Subtotal | 15,558.55 |
|---|---|---|---|
| | | Sales Tax | |
| **Federal ID:** 16-1532901 | | Credits Applied | |
| | | Net Invoice Due | 15,558.55 |



*powered by people*

**D4, LLC**
222 Andrews Street
Rochester, NY 14604

Voice:   585-385-4040

# INVOICE

| | |
|---|---|
| Invoice Number: | 159640 |
| Invoice Date: | Jul 31, 2015 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| RBS Securities, Inc.<br>600 Washington Boulevard<br>Stamford, CT  06901 | Nicole Hinds<br>600 Washington Boulevard<br>Stamford, CT  06901 |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600100 | TFSB v Citizen 28926 | 40-0615-564 | 8/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | July 2015 | | |
| 113.85 | Data Reduction per GB (100-250 GB) | 20.00 | 2,277.00 |
| 106.41 | ESI Processing for Native Review Per GB | 195.00 | 20,749.95 |
| 0.50 | Hosting- 3rd Party Data Loading Per Hour | 125.00 | 62.50 |
| 5.51 | Production - Processing for Image and/or Native Productions Per GB | 250.00 | 1,377.50 |
| 2.75 | Production - Database Administration and Production Export Per Hour | 175.00 | 481.25 |

22,127.45

| Remit To: | D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604 | Invoice Subtotal | 24,948.20 |
|---|---|---|---|
| | | Sales Tax | |
| | | Credits Applied | |
| **Federal ID:** 16-1532901 | | Net Invoice Due | 24,948.20 |



*powered by people*

**D4, LLC**
222 Andrews Street
Rochester, NY 14604

**INVOICE**

| | |
|---|---|
| Invoice Number: | 160730 |
| Invoice Date: | Aug 31, 2015 |
| Page: | 1 |

Voice:   585-385-4040

| Bill To: | Ship to: |
|---|---|
| RBS Securities, Inc.<br>600 Washington Boulevard<br>Stamford, CT  06901 | Nicole Hinds<br>600 Washington Boulevard<br>Stamford, CT  06901 |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600100 | TFSB v. Citizens et | 40-0615-564 | 9/30/15 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | August 2015 Billing Period | | |
| | TFSB v. Citizens et al. | | |
| 233.48 | Hosting - Monthly Online/Hosted Data Storage Per GB 50-250GB | 20.00 | 4,669.60 |
| 7.25 | Litigation Support Hourly | 125.00 | 906.25 |
| 0.01 | Data Reduction Per GB (0-100GB) | 20.00 | 0.20 |
| 0.24 | ESI Processing for Native Review Per GB | 195.00 | 46.80 |
| 1.35 | ESI Technical Analysis or Custom Processing Per Hour | 175.00 | 236.25 |
| 1.00 | Hosting- 3rd Party Data Loading Per Hour | 125.00 | 125.00 |
| 0.01 | Production - Processing for Image and/or Native Productions Per GB | 250.00 | 2.50 |

49.30

| Remit To: | D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604 | Invoice Subtotal | 5,986.60 |
|---|---|---|---|
| | | Sales Tax | |
| | | Credits Applied | |
| **Federal ID:** 16-1532901 | | Net Invoice Due | 5,986.60 |



powered by people

# D4, LLC
222 Andrews Street
Rochester, NY 14604

Voice:   585-385-4040

# INVOICE

| | |
|---|---|
| Invoice Number: | 169206 |
| Invoice Date: | Feb 29, 2016 |
| Page: | 1 |

| Bill To: | Ship to: |
|---|---|
| RBS Securities, Inc.<br>600 Washington Boulevard<br>Stamford, CT 06901 | Nicole Hinds<br>600 Washington Boulevard<br>Stamford, CT 06901 |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600125 | TFSB v. Citizens et | 60-0615-564 | 3/30/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | February 2016  Billing Period | | |
| | TFSB v. Citizens et al. | | |
| 257.19 | Hosting - Monthly Online/Hosted Data Storage Per GB 50-250GB | 20.000 | 5,143.80 |
| 22.50 | Litigation Support Hourly | 175.000 | 3,937.50 |
| 177.00 | Data Reduction per GB | 20.000 | 3,540.00 |
| 9.46 | ESI Processing for Native Review Per GB | 195.000 | 1,844.70 |

1,844.70

| Remit To: | D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604 | Invoice Subtotal | 14,466.00 |
|---|---|---|---|
| | | Sales Tax | |
| | | Credits Applied | |
| **Federal ID:** 16-1532901 | | Net Invoice Due | 14,466.00 |



*powered by people* D4

**D4, LLC**
222 Andrews Street
Rochester, NY 14604

# INVOICE

| | |
|---|---|
| Invoice Number: | 170763 |
| Invoice Date: | Mar 31, 2016 |
| Page: | 1 |

Voice:   585-385-4040

| Bill To: | Ship to: |
|---|---|
| RBS Securities, Inc.<br>600 Washington Boulevard<br>Stamford, CT 06901 | Nicole Hinds<br>600 Washington Boulevard<br>Stamford, CT 06901 |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600125 | TFSB v. Citizens et | 60-0615-564 | 4/30/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | March 2016  Billing Period | | |
| | TFSB v. Citizens et al. | | |
| 456.63 | Hosting - Monthly Online/Hosted Data Storage Per GB 50-250GB | 20.000 | 9,132.60 |
| 1.75 | Litigation Support Hourly | 175.000 | 306.25 |
| 2.25 | ESI Technical Analysis or Custom Processing Per Hour | 175.000 | 393.75 |
| 0.01 | Production - Processing for Image and/or Native Productions Per GB | 250.000 | 2.50 |
| 0.75 | Hosting- 3rd Party Data Loading Per Hour | 125.000 | 93.75 |
| 2.00 | Offline Storage of Computer Media - per piece of media | 5.000 | 10.00 |

2.50

| Remit To: | D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604 | Invoice Subtotal | 9,938.85 |
|---|---|---|---|
| | | Sales Tax | |
| **Federal ID:** 16-1532901 | | Credits Applied | |
| | | Net Invoice Due | 9,938.85 |



*powered by people* D4

**D4, LLC**
222 Andrews Street
Rochester, NY 14604



| | |
|---|---|
| Invoice Number: | 172050 |
| Invoice Date: | Apr 30, 2016 |
| Page: | 1 |

Voice:   585-385-4040

| Bill To: | Ship to: |
|---|---|
| RBS Securities, Inc.<br>600 Washington Boulevard<br>Stamford, CT 06901 | Nicole Hinds<br>600 Washington Boulevard<br>Stamford, CT 06901 |

| Sales Rep ID | Client Matter | D4 Project Number | Due Date |
|---|---|---|---|
| 600125 | TFSB v. Citizens et | 60-0615-564 | 5/30/16 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | April 2016  Billing Period | | |
| | TFSB v. Citizens et al. | | |
| 459.60 | Hosting - Monthly Online/Hosting Data Storage per GB 250-500GB | 20.000 | 9,192.00 |
| 4.75 | Litigation Support Hourly | 175.000 | 831.25 |
| 0.01 | Data Reduction Per GB (0-100GB) | 20.000 | 0.20 |
| 0.01 | ESI Processing for Native Review Per GB | 195.000 | 1.95 |
| 1.70 | ESI Technical Analysis or Custom Processing Per Hour | 175.000 | 297.50 |
| 0.01 | Production - Processing for Image and/or Native Productions Per GB | 250.000 | 2.50 |
| 2.00 | Offline Storage of Computer Media - per piece of media | 5.000 | 10.00 |

4.45

| Remit To: | D4, LLC<br>222 Andrews Street<br>Rochester, New York 14604 | Invoice Subtotal | 10,335.40 |
|---|---|---|---|
| | | Sales Tax | |
| **Federal ID:** 16-1532901 | | Credits Applied | |
| | | Net Invoice Due | 10,335.40 |



powered by people

PROSKAUER ROSE LLP
John P. Barry, Esq.
11 Times Square
New York, NY 10036
*Attorneys for Defendant*
*Citizens Financial Group*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE FEDERAL SAVINGS BANK,                     :

                 Plaintiff,          :

       v.                                               :

ACE WATANASUPARP, RONALD            :
RIEMER, AND CITIZENS FINANCIAL       :
GROUP,                                                       :

             Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.:  15-CV-3548

**NOTICE OF**
**TAXATION OF COSTS**

TO:   Ari Karen
       Eric Pelletier
       Offit Kurman
       300 East Lombard
       Baltimore, MD 21202
       *Attorneys for Plaintiff*

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 54(d)(1) and Southern District

Local Civil Rule 54.1, Defendant Citizens Financial Group ("Citizens") as the prevailing party,

hereby submits its Bill of Costs to be presented to the Clerk of the Court for taxation in the

Orders and Judgments Unit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York, 10007, on Wednesday, April 17, 2019 at 10:00 AM.

Dated: April 2, 2019
         New York, New York

                                        Respectfully submitted,

                                        PROSKAUER ROSE LLP

                                        By: /s/ John P. Barry
                                                John P. Barry
                                                11 Times Square
                                                New York, NY 10036
                                                Tel:  (212) 969-3000
                                                Fax:  (212) 969-2900
                                                jbarry@proskauer.com
                                                *Attorneys for Defendant*
                                                *Citizens Financial Group*

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the forgoing Notice of Taxation of Costs, with the

accompanying Bill of Costs, was served on April 2, 2019 to all counsel of record via the Court's

Electronic Filing System.

Dated: April 2, 2019
       New York, New York


               */s/ John P. Barry*

               John P. Barry
               PROSKAUER ROSE LLP
               11 Times Square
               New York, NY 10036
               Tel:  (212) 969-3000
               Fax:  (212) 969-2900
               jbarry@proskauer.com
               *Attorneys for Defendant*
               *Citizens Financial Group*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE FEDERAL SAVINGS BANK, | : | |
| | : | |
| *Plaintiff,* | : | Civil Case No. 15-CV-3548 |
| | : | |
| v. | : | |
| | : | |
| ACE WATANASUPARP, RONALD | : | |
| RIEMER, AND CITIZENS FINANCIAL | : | |
| GROUP, | : | |
| | : | |
| *Defendants.* | : | |

**PLAINTIFF'S OBJECTION TO NOTICE**
**OF TAXATION OF COSTS AND TO BILL OF COSTS**

Plaintiff, the Federal Savings Bank ("TFSB"), by and through its undersigned counsel, files

this Objection to Notice of Taxation and to Bill of Costs, and in support hereof, states:

**I.**   **THE NOTICE OF TAXATION OF COSTS IS PREMATURE**

This cased was tried to a jury, which returned a verdict for Plaintiff on May 11, 2018.

Thereafter, Defendants filed a "Motion for Judgment or, in the Alternative, for a New Trial or

Remittitur of the Damages Award," (the "Motion for Judgment as a Matter of Law") which the

Court granted in part, and denied in part on February 26, 2019.  The February 26, 2019, Order

stated:

> ORDER GRANTING A NEW TRIAL ON DAMAGES FOR DEFENDANT
> WATANASUPARP AND JUDGMENT AS A MATTER OF LAW FOR
> DEFENDANT CITIZENS granting <u>180</u> Motion for Judgment as a Matter of Law.
> Accordingly, for the reasons discussed in this opinion: (1) I deny Defendant
> Watanasuparp's motion for a new trial on issues of liability. (2) I grant Defendant
> Watanasuparp's motion for a new trial on the issue of damages for the breach of
> fiduciary duty, except as to the forfeiture of $30,000 of his salary, and deny his
> motion for judgment as a matter of law. (3) I grant Defendant Citizens' motion for
> judgment as a matter of law, and order the case dismissed against it, with the Clerk
> to tax costs. (4) The Clerk shall issue an amended judgment against Defendant
> Watanasuparp in the amount of $30,000, with interest to be calculated by the Clerk
> from March 20, 2015, and with costs to be deferred until the issues between plaintiff

1

and Watanasuparp are determined. The Clerk shall terminate the motion (Dkt. No. 180). The parties shall appear for a status conference to regulate future proceedings on March 15, 2019 at 10:00 a.m. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 2/25/2019) (ne) Transmission to Orders and Judgments Clerk for processing. (Entered: 02/26/2019).

Docket Entry 194. The clerk amended the judgment on February 28, 2019. However, the change to the portion of the Order granting Citizen's Motion for Judgment as a Matter of Law was semantical only.

> Federal Rule of Civil Procedure 54 (b) states in relevant part:

> [A]ny order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

Fed. R. Civ. P. 54 (b). Thus, notwithstanding the February 26 and February 28, 2019 Orders, the case remains unresolved as to Defendant Watanasuparp, and there is no final judgment.

> Local Civil Rule 54.1 governs taxable costs. Rule 54.1(a) states in part:

> (a) Notice of Taxation of Costs. Within thirty (30) days after the entry of final judgment, or, in the case of an appeal by any party… any party seeking to recover costs shall file with the Clerk a notice of taxation of costs by Electronic Case Filing…. Costs will not be taxed during the pendency of any appeal, motion for reconsideration, or motion for a new trial. Within thirty (30) days after the determination of any appeal, motion for reconsideration, or motion for a new trial, the party seeking tax costs shall file a new notice of taxation of costs.

Thus, the Local Rule permits a party to file a Notice of Taxation of Costs *only after entry of a final judgment*. However, because the case has not been resolved as to all claims and all parties, there is no final judgment in this case. Fed. R. Civ. P. 54 (b). Therefore, pursuant to Local Civil Rule 54.1, Defendant's Notice of Taxation of Costs is premature.

## II.   IF THE NOTICE TO TAX COSTS IS NOT PREMATURE, THEN IT WAS UNTIMELY

Assuming *arguendo*, that finality of judgment is not a prerequisite for filing a Notice to Tax Costs, and assuming that the Defendant's notice is not premature, then Citizens filed its Notice late. Pursuant to Local Rule 54.1, the notice must be filed "[w]ithin thirty (30) days after the determination of any appeal, motion for reconsideration, or motion for a new trial…." The Court entered its Order granting the Motion in part and denying the motion in part on February 26, 2019. The thirtieth day after February 26, 2019 was Thursday, March 28, 2019. Defendant did not file its Notice of Taxation of Costs until Monday, April 1, 2019, and then had to refile it on Tuesday April 2, 2019. However, Local Civil Rule 54.1 states, "[a]ny party failing to file a notice of taxation of costs within the applicable thirty (30) day period will be deemed to have waived costs." Because Citizens did not file its notice of taxation of costs within 30 days, it is deemed to have waived costs. L. Civ. R. 54.1(a).

## III.   SEVERAL ITEMS OF THE REQUESTED COSTS WERE EITHER EXCESSIVE, WERE NOT NECESSARY, OR ARE NOT ALLOWED BY LAW OR LOCAL RULE

### A.   CERTAIN TRANSCRIPT COSTS ARE DUPLICATIVE OR WERE UNNECESSARY

When seeking costs to be taxed, "The burden is on the prevailing party to establish to the court's satisfaction that the taxation of costs is justified." *John G. v. Board of Education of Mt. Vernon Public Schools*, 891 F. Supp. 122, 123 (S.D.N.Y. 1995); *see also AIG Global Sec. Lending Corp. v. Banc of America Sec. LLC*, No. 01 Civ. 11448, 2011 U.S. Dist. LEXIS 1567, 2011 WL 102715, at *2 (S.D.N.Y. Jan. 06, 2011).

## 1.   CITIZENS IS NOT ENTITLED TO COSTS FOR DUPLICATE "DISKETTE" COPIES OF THE TRIAL TRANSCRIPT

Local Civil Rule 54.1 (c)(1) states that "the cost of any part of the original trial transcript that was necessarily obtained for use in this Court or on appeal is taxable." L. Civ. R 54.1(c)(1). Citizens seeks $5,424.21 for trial transcripts. *See* Barry Affidavit, ¶7. However, this amount includes $1,234.80 in costs for "diskette" copies of the transcript in addition to the cost of the original. To assess a party with the premium cost of daily transcripts, "necessity beyond the mere convenience of counsel – must be shown." *Galella v. Onassis*, 487 F.2d 986, 999 (2d Cir. 1973) ("There does not, however, appear any justification for allowing multiple copies to the defendant."). The Court should not allow Citizens costs of $1,234.80 for diskette copies, particularly where the rule only permits for recovery of the cost of the original.

## 2.   THE COURT SHOULD NOT AWARD ALL REQUESTED COSTS FOR DEPOSITION TRANSCRIPTS

Local Civil Rule 54.1 (c)(2) provides:

> [T]he original transcript of a deposition, plus one copy, is taxable if the deposition was used or received in evidence at the trial, whether or not it was read in its entirety. Costs for depositions are also taxable if they were used by the Court in ruling on a motion for summary judgment or other dispositive substantive motion. Costs for depositions taken solely for discovery are not taxable.

LR 54.1(c)(2).

The Barry Affidavit contains a table which categorizes how the nineteen depositions that it identifies were used, and seeks costs *for all nineteen depositions*, for a total of $12,453.32. Only one of the depositions – that of Glenn Carter ($291.00), was submitted (it was read) into evidence; this transcript was also cited in summary judgment materials. There is no objection as to the award of costs for Mr. Carter's deposition, except that Plaintiff objects to $21.00 of the bill related to a "repository fee."

### *Three Depositions were not Used for Summary Judgment or Trial*

The Barry Affidavit indicates that three of the transcripts (Taglivia, Moscati, and Chojnowski, total amount $1,063.75) were neither cited in summary judgment materials, nor involved witnesses who testified at trial. Plaintiff should not be taxed $1,063.75 for these transcripts. In fact, five of the nineteen transcripts (Taglivia, Moscati, and Chojnowsk, plus Ngyuen, and Bressler for a total amount $2,025.95) were for witnesses who did not testify at trial. None of the costs for these five transcripts should be taxed.

### *Nearly all of the Bills for Deposition Have Added on Costs*

Another flaw in the Barry Affidavit's request to tax deposition costs is that it seeks far more than just the costs of a deposition transcript plus exhibit copies. As the individual bills attached as "Exhibit C" to the Barry Affidavit indicate, Citizens also seeks reimbursement for various addition items on the bill, including additional charges for: (a) "Rough Draft/ASCII; (b) "Shipping and handling"; (c) immediate original; (d) three-day original; (e) "full day appearance" fees; (f) repository fees; and, in at least one instance (the first Calk deposition) (g) additional late payment charges for paying beyond the reporters net 30 terms. "Even where the cost of a deposition transcript will be taxable under these standards, certain associated fees that are not necessary generally may not be taxed . . . ." *Caravalho v. City of New York*, No. 13-CV-4174, 2018 WL 5312886, at *5 (S.D.N.Y. Oct. 26, 2018 Copies ($35,776.30): Immediately below is a table removing costs associated with these "add-on" items from the total sought, and which instead shows the total cost of only one of each transcript and a copy of each transcript's exhibits.

| Deponent (*indicates used for summary judgment) | Invoice Number | Amount Sought | Actual Cost of Depo. and Copy of Exhibits | Difference |
|---|---|---|---|---|
| Stephen Calk* (7/15/2015) | 110424 | $737.94 | $439.80 | $298.14 |
| Mordy Husarsky* | 110798 | $951.20 | $435.20 | $516.00 |
| Tom Gamache* | 110516 | $1,575.63 | $634.60 | $941.03 |
| Ace Watanasuparp (7/17/2015)* | 110984 | $847.50 | $805.15 | $42.35 |
| Ron Riemer | 110984 | $726.50 | $563.50 | $163.00 |
| Christian Nguyen[1] | 111320 | $1,257.70 | $1,257.70 | $0 |
| Jason Bressler | 111348 | $402.20 | $402.20 | $0 |
| Dottie Herman* | 111395 | $549.05 | $335.65 | $213.40 |
| Kenneth Haber* | 111395 | $612.00 | $374.40 | $237.60 |
| Howard Lorber* | 111395 | $592.85 | $287.25 | $305.60 |
| CJ Taglivia | 119793 | $438.00 | $438.00 | $0 |
| John Moscati | 119793 | $352.40 | $352.40 | $0 |
| Stephen Calk (9/23/2016)* | 120356 | $659.35 | $603.35 | $56.00 |
| Mordy Husarsky* | 120123 | $422.20 | $422.20 | $0 |
| Andrew Chojnowski | 120123 | $273.35 | $273.35 | $0 |
| Tom Gamache* | 32127 | $540.00 | $520.00 | $20.00 |
| Michael Belmont* | 121123 | $684.45 | $583.45 | $101.00 |
| Ace Watanasuparp (10/10/2016)* | 32163 | $540.00 | $520.00 | $20.00 |
| Glenn Carter* | 109471 | $291.00 | $270.00 | $21.00 |
| | | | **Total Difference:** | **$2,935.12** |

---

[1] The bills for the Nguyen, Bressler, Moscati and Chojnowski deposition invoices include an undifferentiated/non-itemized component for "litigation support package."

Plaintiff should not be required to pay these extra costs (which total $2,935.12), and should only be taxed the costs of depositions transcripts and their exhibits, which after subtracting excess costs, total $9,518.20.

## B.   THE COURT SHOULD PRECLUDE CITIZENS' REQUEST FOR COPY COSTS

28 U.S.C.§ 1920 (4) allows a party to recover "[f]ees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case...." Following the initial filing of the Barry Affidavit (which initially sought $44,235.70 for copy costs), the Clerk's office instructed Citizens to refile the Affidavit with an explanation as to why over $44,000 in costs were necessary. The refiled (April 2, 2019) Barry Affidavit, which reduced this aspect of costs to $35,776.30, still does not explain why the expenses were necessary.

Apparently, amounts sought relate to the "ESI Processing for Native Review", and "Production Processing for Image and/or Native Production per GB" statements on the Invoices attached to the Barry Affidavit as Exhibit D. The ESI Processing for Native Review component of each invoice is the majority of costs sought, in part because over 15 times more data was "Process[ed] for Native Review" than was eventually "Process[ed] for Production." However, nowhere in the Affidavit or invoices is there any indication as to what the fairly vague reference "ESI Processing" means. It is not a term defined by the Sedona Conference Glossary. Other members of this Court have disallowed costs attributable to "Processing Initial Dataset" and "Data Collection." *Balance Point Divorce Funding, LLC v. Scrantom*, 305 F.R.D. 67, 75-76 (S.D.N.Y. 2015). Plaintiff should not be responsible for the $33,021.30 in costs sought which related to "ESI Processing for Native Image Productions Per GB."

Furthermore, even if the Court were to award something to Citizens for its ESI processing cost and its "production processing" costs there is no indication in any of the materials as to what

portion of the materials that went through ESI Processing" and "Production Processing" were produced. Absent information indicating what portion was produced, the Court should not make any award for ESI Processing or Production Processing, because a party can only recover costs for the copies that are actually produced. *Balance Point Divorce Funding, LLC*, 305 F.R.D. at 74 (holding that only the costs for documents actually produced by opponent are recoverable).

## III.   CONCLUSION

For the foregoing reasons, Plaintiff the Federal Savings Bank objects to Citizen's Bank's Notice of Taxation of Costs.

Respectfully submitted,

OFFIT KURMAN, P.A.

Dated: April 15, 2019

/s/ *Ari Karen*
Ari Karen (admitted pro hac vice)
Eric Pelletier (admitted pro hac vice)
4800 Montgomery Lane, 9th Floor
Bethesda, MD 20814
(t) 240.507.1700
(f) 240.507.1735
(e) akaren@offitkurman.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, on behalf of Plaintiff, the Federal Savings Bank, I caused the forgoing *Objection to Notice of Taxation of Costs* to be filed in the above-captioned action with the Clerk of the United States District Court, Southern District of New York, using the CM/ECF system, which sent notification to all counsel of record.

Dated: April 15, 2019

/s/ *Eric Pelletier*
Eric Pelletier

4819-7392-1172, v. 1